No. 103. TURNER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 107. GEIGY Co., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Richard Ernst* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Samuel M. Singer* for respondent.

No. 108. BORIN, DOING BUSINESS AS WICHITA PACKING Co., v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Herman A. Greenberg* and *W. J. Holt* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for the United States. *Moses Lasky* filed a brief for the Western States Meat Packers Association, Inc., as *amicus curiae*, supporting petitioner.

No. 110. BRIDOUX v. EASTERN AIR LINES, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Brainard H. Warner III* for petitioner. *Joseph W. Henderson, Richard W. Galiher* and *John M. Aherne* for respondent.

No. 112. WALDRIP v. HUDSON SALES CORP. C. A. 5th Cir. Certiorari denied. *Hobert Price* for petitioner. *John W. Rutland, Jr.* for respondent.